UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARYANN DERICO,
              Plaintiff,
v.

SHIRE, PLC; SHIRE US, INC.; SHIRE
VIROPHARMA INCORPORATED;
TAKEDA PHARMACEUTICAL COMPANY
LIMITED; TAKEDA PHARMACEUTICALS
U.S.A., INC; TAKEDA
PHARMACEUTICALS INTERNATIONAL,
INC.; and DAVID PECKMAN,
              Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 6764 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

       The Court has been advised that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than February 22, 2021. To be clear, any application to restore the action must be filed by February 22, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

       All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: January 20, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge